IRVING NATIONAL BANK, Respondent, v. WEINMAN ELASTIC WEB CO., INC. and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to amend answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HENRY J. ADAMS, an Infant, by TERESA WALTON, Guardian ad Litem, Appellant, v. SARAH ADAMS, Respondent, Impleaded with THOMAS P. ADAMS and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

GASTON JAILLET, Appellant, v. JOSEPH CASHMAN, as Treasurer of DOW, JONES & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SOCIETA PER LA FILATURA DEI CASCAMI DI SETA, Respondent, v. DESIDERIUS GEORGE DERY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

AMERICAN SAFETY RAZOR CORPORATION, Respondent, v. VIC MANUFACTURING CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and the costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

CHARLES GOLDMAN, Doing Business under the Name of CHARLES GOLDMAN · COMPANY, Respondent, v. LOUIS MARGOLIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES F. O'BOYLE and Another, Doing Business under the Firm Name and Style of PITTSTON COAL SALES COMPANY, Appellants, v. TRINITY COAL CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL MADDONE, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

BEECHER WINCKLER, Appellant, v. RAPHAEL GARFEIN and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE YETTI, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ALEXANDER P. KAPLAN, Respondent, v. MORITZ MULDBERG, Appellant.— Order modified to the extent of allowing the setting up in the answer of the 4th separate and distinct defense, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ANTONIO M. CARIDI, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and Greenbaum, JJ.